# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: CONSOLIDATED REPORTS AND RETURN BY THE TAX CLAIMS BUREAU OF NORTHUMBERLAND COUNTY OF PROPERTIES EXPOSED FOR SCHEDULED SALE SEPTEMBER 19, 2012 UNDER THE REAL ESTATE TAX SALE LAW OF JULY 7, 1947, ACT NUMBER 542 | : : : : : : : : : : : | No. 141 MAL 2016<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: SHARI NEFF | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.